Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**L.R. Gregory & Son, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2738465** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1233 West Rockland Road**<br>**Lake Bluff, IL**     ZIP Code **60044** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **L.R. Gregory & Son, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)     FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**L.R. Gregory & Son, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**

Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**March 7, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James L. Gregory**
Signature of Authorized Individual

**James L. Gregory**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 7, 2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **L.R. Gregory & Son, Inc.**          Case No.
                    Debtor(s)                Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABC Supply Co., Inc.<br>29W581 North Avenue<br>West Chicago, IL 60185 | ABC Supply Co., Inc.<br>29W581 North Avenue<br>West Chicago, IL 60185 | | | 4,251.80 |
| ADVANTA BANK CORP.<br>P. O. Box 8088<br>Philadelphia, PA 19101-8088 | ADVANTA BANK CORP.<br>P. O. Box 8088<br>Philadelphia, PA 19101-8088 | | | 26,135.35 |
| Bank of America<br>P. O. Box 15726<br>Wilmington, DE 19886-5726 | Bank of America<br>P. O. Box 15726<br>Wilmington, DE 19886-5726 | | | 22,961.41 |
| Bradco Supply<br>538 North Morris Street<br>Mundelein, IL 60060 | Bradco Supply<br>538 North Morris Street<br>Mundelein, IL 60060 | | | 4,869.52 |
| Chicago Furnace Supply<br>P. O. Box 648<br>Lisle, IL 60532 | Chicago Furnace Supply<br>P. O. Box 648<br>Lisle, IL 60532 | | | 4,423.38 |
| Citibank<br>P. O. Box 688901<br>Des Moines, IA 50368-8901 | Citibank<br>P. O. Box 688901<br>Des Moines, IA 50368-8901 | | | 22,690.60 |
| Control'd Engineering<br>299 Roosevelt Road<br>P. O. Box 2475<br>Glen Ellyn, IL 60137 | Control'd Engineering<br>299 Roosevelt Road<br>P. O. Box 2475<br>Glen Ellyn, IL 60137 | | | 19,720.78 |
| DonTech<br>200 East Randolph<br>Chicago, IL 60601 | DonTech<br>200 East Randolph<br>Chicago, IL 60601 | | | 7,346.60 |
| Edward Davidson<br>3416 Greenwood Avenue<br>Gurnee, IL 60031 | Edward Davidson<br>3416 Greenwood Avenue<br>Gurnee, IL 60031 | Loan to business | Disputed | 44,710.66 |
| ELan Financial Service<br>P. O. Box 790408<br>Saint Louis, MO 63179-0408 | ELan Financial Service<br>P. O. Box 790408<br>Saint Louis, MO 63179-0408 | | | 10,212.57 |
| First USA<br>Card Member Services<br>P. O. Box 15153<br>Wilmington, DE 19886-5153 | First USA<br>Card Member Services<br>P. O. Box 15153<br>Wilmington, DE 19886-5153 | | | 12,398.97 |

In re **L.R. Gregory & Son, Inc.**                                                                                     Case No. _____
                                                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HOME DEPOT** P. O. Box 6029 The Lakes, NV 88901-6029 | **HOME DEPOT** P. O. Box 6029 The Lakes, NV 88901-6029 | | | **6,245.98** |
| **MBNA AMERICA** P. O. Box 15019 Wilmington, DE 19886-5019 | **MBNA AMERICA** P. O. Box 15019 Wilmington, DE 19886-5019 | | | **22,113.62** |
| **MENARDS'** Retail Services P. O. Box 17602 Baltimore, MD 21297-1602 | **MENARDS'** Retail Services P. O. Box 17602 Baltimore, MD 21297-1602 | | | **4,066.82** |
| **Michele Davidson** 38214 N. Harper Avenue Beach Park, IL 60087 | **Michele Davidson** 38214 N. Harper Avenue Beach Park, IL 60087 | **Loan to business** | **Disputed** | **54,071.94** |
| **National Plumbing Supply** 28618 North Ballard Lake Forest, IL 60045 | **National Plumbing Supply** 28618 North Ballard Lake Forest, IL 60045 | | | **4,427.88** |
| **Peter Gesell** 5844 Heather Ridge Road Gurnee, IL 60031 | **Peter Gesell** 5844 Heather Ridge Road Gurnee, IL 60031 | **Loan to business** | | **17,000.00** |
| **Rain Trade Corp.** 19 Skokie Valley Road Lake Bluff, IL 60044 | **Rain Trade Corp.** 19 Skokie Valley Road Lake Bluff, IL 60044 | | | **4,427.88** |
| **US Bank** 800 Nicollet Mall Minneapolis, MN 55402 | **US Bank** 800 Nicollet Mall Minneapolis, MN 55402 | | | **12,006.47** |
| **WELLS FARGO BUSINESSLINE** Payment Remittance Center P. O. Box 54349 Los Angeles, CA 90054-0349 | **WELLS FARGO BUSINESSLINE** Payment Remittance Center P. O. Box 54349 Los Angeles, CA 90054-0349 | | | **33,195.81** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 7, 2007**                             Signature   **/s/ James L. Gregory**
                                                                                    **James L. Gregory**
                                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 6D (10/06)

In re **L.R. Gregory & Son, Inc.** , Case No. _____
                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **024-9082-16970** <br><br>**GMAC**<br>**P. O. Box 217060**<br>**Auburn Hills, MI 48321** | | - | **Automobile Loan**<br><br>**2004 Chevrolet Suburban**<br><br><br>Value $ **20,000.00** | | | | **22,705.74** | **2,705.74** |
| Account No. **154-9089-82293** <br><br>**GMAC**<br>**P. O. Box 217060**<br>**Auburn Hills, MI 48321** | | - | **Automobile Loan**<br><br>**2004 GMC Truck**<br><br><br>Value $ **18,000.00** | | | | **16,955.00** | **0.00** |
| Account No. **6100163290** <br><br>**Harris Line of Credit**<br>**3800 Golf Road**<br>**P. O. Box 5043**<br>**Rolling Meadows, IL 60008** | | - | **Blanket lien upon assets of Debtor**<br><br><br>Value $ **275,000.00** | | | | **264,454.59** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **304,115.33** | **2,705.74** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **304,115.33** | **2,705.74** |

Official Form 6E (10/06)

In re  **L.R. Gregory & Son, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **0**____ continuation sheets attached

Official Form 6F (10/06)

In re **L.R. Gregory & Son, Inc.**, Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABC Supply Co., Inc.**<br>**29W581 North Avenue**<br>**West Chicago, IL 60185** | - | | | | | | 4,251.80 |
| Account No. **5477 5331 6740 0012**<br><br>**ADVANTA BANK CORP.**<br>**P. O. Box 8088**<br>**Philadelphia, PA 19101-8088** | - | | | | | | 26,135.35 |
| Account No.<br><br>**American Marketing &**<br>**Publishing-Home Pages**<br>**915 E. Lincoln Hwy. P.O.Box 801**<br>**Dekalb, IL 60115** | - | | **Published - $301.52**<br>**Unpublished - $$1,990.00** | | | | 2,291.52 |
| Account No. **4339 9300 3981 620**<br><br>**Bank of America**<br>**P. O. Box 60073**<br>**City Of Industry, CA 91716-0076** | - | | | | | | 3,095.77 |

__6__ continuation sheets attached

Subtotal (Total of this page)   **35,774.44**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:29730-070216    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**, Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264 2905 5992 4543** <br><br> **Bank of America** <br> **P. O. Box 15726** <br> **Wilmington, DE 19886-5726** | - | | | | | | 22,961.41 |
| Account No. <br><br> **Bradco Supply** <br> **538 North Morris Street** <br> **Mundelein, IL 60060** | - | | | | | | 4,869.52 |
| Account No. <br><br> **Chicago Furnace Supply** <br> **P. O. Box 648** <br> **Lisle, IL 60532** | - | | | | | | 4,423.38 |
| Account No. <br><br> **Chris Industries** <br> **2810-D Old Willow Road** <br> **Northbrook, IL 60062** | - | | | | | | 3,936.01 |
| Account No. **5424 1804 4894 7702** <br><br> **Citibank** <br> **P. O. Box 688901** <br> **Des Moines, IA 50368-8901** | - | | | | | | 22,690.60 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  58,880.92

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**,     Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Control'd Engineering**<br>**299 Roosevelt Road**<br>**P. O. Box 2475**<br>**Glen Ellyn, IL 60137** | - | | | | | | 19,720.78 |
| Account No. **500149245**<br>**DonTech**<br>**200 East Randolph**<br>**Chicago, IL 60601** | - | | | | | | 7,346.60 |
| Account No.<br>**Dr. Newman**<br>**1640 South Ridge Road**<br>**Lake Forest, IL 60045** | - | | **Repayment for work not completed** | | | | 3,000.00 |
| Account No.<br>**Edward Davidson**<br>**3416 Greenwood Avenue**<br>**Gurnee, IL 60031** | - | | **Loan to business** | | X | | 44,710.66 |
| Account No. **4798 1713 4100 2340**<br>**ELan Financial Service**<br>**P. O. Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | | | | | 10,212.57 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **84,990.61**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**, Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Choice Yellow Pages**<br>**5105 Tollview Drive**<br>**Suite 120**<br>**Rolling Meadows, IL 60008** | - | | | | | | 1,808.00 |
| Account No. **4266 8510 4247 5894**<br>**First USA**<br>**Card Member Services**<br>**P. O. Box 15153**<br>**Wilmington, DE 19886-5153** | - | | | | | | 12,398.97 |
| Account No.<br>**G & O Thermal Supply**<br>**5435 N. Northwest Hwy.**<br>**Chicago, IL 60630-1132** | - | | | | | | 2,769.19 |
| Account No. **6035 3220 1363 5572**<br>**HOME DEPOT**<br>**P. O. Box 6029**<br>**The Lakes, NV 88901-6029** | - | | | | | | 6,245.98 |
| Account No. **5264 2905 5951 3130**<br>**MBNA AMERICA**<br>**P. O. Box 15019**<br>**Wilmington, DE 19886-5019** | - | | | | | | 22,113.62 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　45,335.76

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**, Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6004 3009 0811 1690** <br><br> **MENARDS'** <br> **Retail Services** <br> **P. O. Box 17602** <br> **Baltimore, MD 21297-1602** | - | | | | | | 4,066.82 |
| Account No. <br><br> **Michele Davidson** <br> **38214 N. Harper Avenue** <br> **Beach Park, IL 60087** | - | | **Loan to business** | | | X | 54,071.94 |
| Account No. <br><br> **National Plumbing Supply** <br> **28618 North Ballard** <br> **Lake Forest, IL 60045** | - | | | | | | 4,427.88 |
| Account No. <br><br> **Peter Gesell** <br> **5844 Heather Ridge Road** <br> **Gurnee, IL 60031** | - | | **Loan to business** | | | | 17,000.00 |
| Account No. **6253133** <br><br> **Pitney Bowes Global Financial** <br> **P. O. Box 856460** <br> **Louisville, KY 40285-6460** | - | | | | | | 673.74 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **80,240.38**

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8009 0000 3121 963**<br>**Pitney Bowes Purchase Power**<br>**P. O. Box 856042**<br>**Louisville, KY 40285-6042** | - | | | | | | 1,662.12 |
| Account No.<br>**Rain Trade Corp.**<br>**19 Skokie Valley Road**<br>**Lake Bluff, IL 60044** | - | | | | | | 4,427.88 |
| Account No.<br>**Saniduct Service**<br>**4208 Barberry Lane**<br>**Suite 2A**<br>**Zion, IL 60099** | - | | | | | | 1,700.00 |
| Account No.<br>**Shepard Chevrolet**<br>**930 Carriage Park Lane**<br>**Lake Bluff, IL 60044** | - | | | | | | 2,870.27 |
| Account No.<br>**SPS Companies**<br>**6363 State Hwy 7**<br>**Minneapolis, MN 55416-2346** | - | | | | | | 3,075.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  13,735.27

Official Form 6F (10/06) - Cont.

In re **L.R. Gregory & Son, Inc.**, Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4336 9480 0005 2867**<br><br>**US Bank**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | - | | | | | | 12,006.47 |
| Account No. **5474 6488 0203 4159**<br><br>**WELLS FARGO BUSINESSLINE**<br>**Payment Remittance Center**<br>**P. O. Box 54349**<br>**Los Angeles, CA 90054-0349** | - | | | | | | 33,195.81 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **45,202.28**

Total (Report on Summary of Schedules) **364,159.66**

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **L.R. Gregory & Son, Inc.**                                                        Case No.
                          Debtor(s)                                                          Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  7, 2007**                         Signature  **/s/ James L. Gregory**
                                                           **James L. Gregory**
                                                           **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **L.R. Gregory & Son, Inc.**                                                Case No.
                                Debtor(s)                                          Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **11,300.00** |
   | Prior to the filing of this statement I have received | $ **11,300.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Gwen Gregory**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 7, 2007**                            **/s/ JOSEPH E. COHEN**
                                                      **JOSEPH E. COHEN**
                                                      **COHEN & KROL**
                                                      **105 West Madison Street**
                                                      **Suite 1100**
                                                      **Chicago, IL 60602**
                                                      **312-368-0300   Fax: 312-368-4559**

---

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **L.R. Gregory & Son, Inc.**                                         Case No.
                                             Debtor(s)                      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 7, 2007**                       **/s/ James L. Gregory**
                                                **James L. Gregory**/**President**
                                                Signer/Title

ABC Supply Co., Inc.
29W581 North Avenue
West Chicago, IL 60185

DonTech
200 East Randolph
Chicago, IL 60601

HOME DEPOT
P. O. Box 6029
The Lakes, NV 88901-6029

ADVANTA BANK CORP.
P. O. Box 8088
Philadelphia, PA 19101-8088

Dr. Newman
1640 South Ridge Road
Lake Forest, IL 60045

MBNA AMERICA
P. O. Box 15019
Wilmington, DE 19886-5019

American Marketing &
Publishing-Home Pages
915 E. Lincoln Hwy. P.O.Box 801
Dekalb, IL 60115

Edward Davidson
3416 Greenwood Avenue
Gurnee, IL 60031

MENARDS'
Retail Services
P. O. Box 17602
Baltimore, MD 21297-1602

Bank of America
P. O. Box 60073
City Of Industry, CA 91716-0076

ELan Financial Service
P. O. Box 790408
Saint Louis, MO 63179-0408

Michele Davidson
38214 N. Harper Avenue
Beach Park, IL 60087

Bank of America
P. O. Box 15726
Wilmington, DE 19886-5726

First Choice Yellow Pages
5105 Tollview Drive
Suite 120
Rolling Meadows, IL 60008

National Plumbing Supply
28618 North Ballard
Lake Forest, IL 60045

Bradco Supply
538 North Morris Street
Mundelein, IL 60060

First USA
Card Member Services
P. O. Box 15153
Wilmington, DE 19886-5153

Peter Gesell
5844 Heather Ridge Road
Gurnee, IL 60031

Chicago Furnace Supply
P. O. Box 648
Lisle, IL 60532

G & O Thermal Supply
5435 N. Northwest Hwy.
Chicago, IL 60630-1132

Pitney Bowes Global Financial
P. O. Box 856460
Louisville, KY 40285-6460

Chris Industries
2810-D Old Willow Road
Northbrook, IL 60062

GMAC
P. O. Box 217060
Auburn Hills, MI 48321

Pitney Bowes Purchase Power
P. O. Box 856042
Louisville, KY 40285-6042

Citibank
P. O. Box 688901
Des Moines, IA 50368-8901

GMAC
P. O. Box 217060
Auburn Hills, MI 48321

Rain Trade Corp.
19 Skokie Valley Road
Lake Bluff, IL 60044

Control'd Engineering
299 Roosevelt Road
P. O. Box 2475
Glen Ellyn, IL 60137

Harris Line of Credit
3800 Golf Road
P. O. Box 5043
Rolling Meadows, IL 60008

Saniduct Service
4208 Barberry Lane
Suite 2A
Zion, IL 60099

Shepard Chevrolet
930 Carriage Park Lane
Lake Bluff, IL 60044


SPS Companies
6363 State Hwy 7
Minneapolis, MN 55416-2346


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


WELLS FARGO BUSINESSLINE
Payment Remittance Center
P. O. Box 54349
Los Angeles, CA 90054-0349